1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-7368

7      Facsimile: (415) 436-7234
       E-Mail: lowell.powell2@usdoj.gov

8

   Attorneys for the United States of America

9

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 11-0052 RS
                                       )
15            Plaintiff,               )
                                       )
16       v.                            )    **STIPULATION AND [PROPOSED]**
                                       )    **ORDER EXCLUDING TIME UNDER 18**
17  SOCORRO CRUZ CONCEPCION,           )    **U.S.C. § 3161**
         a/k/a Jose Andres Valente,    )
18       a/k/a Jose Cruz Valente,      )
         a/k/a Jose Socorro Cruz,      )
19       a/k/a Jose Socorro Cruz Concepcion, )
                                       )
20            Defendant.               )
                                       )
21  _____ )

22        On March 1, 2011, the parties in this case appeared before the Court.  At that time, the

23  Court continued the matter to April 5, 2011.  The parties have agreed to exclude the period of

24  time between March 1, 2011, and April 5, 2011, from any time limits applicable under 18 U.S.C.

25  § 3161.  The parties represented that granting the exclusion would allow the reasonable time

26  necessary for effective preparation of counsel and for continuity of counsel.  *See* 18 U.S.C. §

27  3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an

28  exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0052 RS

1  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this

2  agreement.

3  SO STIPULATED:

4

5                                          MELINDA HAAG
                                            United States Attorney

6

7  DATED: March 10, 2011                   _____/s/_____

8                                          LOWELL C. POWELL
                                            Special Assistant United States Attorney

9

10 DATED: March 10, 2011                   _____/s/_____

11                                         JODI LINKER
                                            Attorney for SOCORRO CRUZ CONCEPCION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0052 RS

[~~PROPOSED~~] ORDER

For the reasons stated above and at the March 1, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 1, 2011 through April 5, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  Denying the requested exclusion of time would deprive the defendant of continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).


IT IS SO ORDERED.


DATED: _3/10/11_____

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge