*E-Filed 4/14/11*

BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CRUZ-CONCEPCION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 11-052 RS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE |
| SOCORRO CRUZ-CONCEPCION | ) | |
| Defendant. | ) | |

The parties are scheduled to appear before the Court on April 19, 2011 at 2:30 pm for a status conference in the above-captioned matter. At the last appearance before the Court on April 5, the parties informed the Court that they were attempting to locate and review certain police reports that the parties believed would assist in plea negotiations. To date, the parties have not obtained those reports, but anticipate that they will be available by the end of this week. Even if the documents are obtained by the end of this week, the parties do not believe they will have sufficient time to meaningfully review and consider those documents to allow for a resolution of this matter by April 19. Because neither party believes that anything significant will occur at the hearing on April 19, the parties jointly request that the matter be continued. Per the Court's website, the Court is unavailable on April 26. Defense counsel is unavailable on the

1  following two Tuesdays.  Accordingly, the parties jointly stipulate and request that the status
2  conference presently set for April 19, 2011 be continued to May 17, 2011 at 2:30 pm.
3      The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,
4  from April 19, 2011 to May 17, 2011, given the need for both parties to have a reasonable
5  opportunity for effective preparation and continuity of counsel.
6      Based upon the representation of counsel and for good cause shown, the Court finds that
7  failing to exclude the time from April 19, 2011 to May 17, 2011 would unreasonably deny the
8  defendant and his counsel the reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence, and continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).
10  The Court further finds that the ends of justice served by excluding the time from April 19, 2011
11  to May 17, 2011 from computation under the Speedy Trial Act outweigh the best interests of the
12  public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time
13  from April 19, 2011 to May 17, 2011 shall be excluded from computation under the Speedy Trial
14  Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15      IT IS SO STIPULATED.

16    April 14, 2011                                   /s/
    DATED                                             LOWELL POWELL
17                                                    Special Assistant United States Attorney

18
     April 14, 2011                                   /s/
19  DATED                                               JODI LINKER
                                                      Assistant Federal Public Defender
20
       IT IS SO ORDERED.
21

22    4/14/11                                                    /s/ Richard Seeborg
    DATED                                               RICHARD SEEBORG
23                                                    United States District Judge

24

25

26

STIP. & [PROPOSED] ORDER TO CONT.
*US v. Cruz-Concepcion,* Case No. CR 11-052 RS       2